**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 339 WAL 2017
                                         :
             Respondent   :
                                         :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
          v.                       :
                                           :
                                         :
PATRICK OKEY,                        :
                                         :
            Petitioner      :

<u>**ORDER**</u>

**PER CURIAM**

      **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.